UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE<br>Assorted Jewelry Valued at $17,100.00<br>Et al. | Misc. No.: 2:21-mc-51517-SJM<br><br>Hon. Stephen J. Murphy III |

### Notice of Resolution of Miscellaneous Matter

On April 8, 2022, this Court entered a Stipulation and Order Extending United States' Time to File Forfeiture Complaint and to Toll the Civil Filing Deadline (ECF No. 4), which extended the government's deadline to initiate judicial forfeiture proceedings regarding:

- Assorted Jewelry valued at: $17,100.00;

- Assorted Designer Shoes valued at: $40,982.38;

- Assorted Designer Purses and Glasses valued at: $15,237.74;

- Sony PlayStation 5 with Controllers, Serial No: AJ155009477;

- JP Morgan Chase Bank, Checking Acct. #843108010, VL: $10,467.55;

- JP Morgan Chase Bank, Checking Acct. #723400321, VL: $1,108.87;

- JP Morgan Chase Bank, Checking Acct. #868979860, VL: $2,050.89;

- JP Morgan Chase Bank, Savings Acct. #3372931211, VL: $300.00;

- JP Morgan Chase Bank, Savings Acct. #3372961229, VL: $300.00;

&bull; JP Morgan Chase Bank, Business Checking Acct. #636872571, VL: $1,500.00; and

&bull; JP Morgan Chase Bank, $100,000.00 Cashier's Check #4556945545 attributable to five cashier's checks.

The government hereby provides notice that it will not be seeking any further extensions of the CAFRA deadline because the government has reached an out-of-court resolution to the forfeiture matter; therefore, this matter can be closed.

          Respectfully submitted,

          DAWN N. ISON
          United States Attorney

Dated: May 23, 2022          S/Michael El-Zein
          Michael El-Zein (P79182)
          Assistant U.S. Attorney
          211 W. Fort Street, Ste. 2001
          Detroit, Michigan  48226
          (313) 226-9770
          Michael.El-Zein@usdoj.gov

## Certificate of Service

I hereby certify that service of a copy of the foregoing has been made on May 23, 2022 upon the attorney for LeMarke and Tiera Gates, Steven Fishman, via first class mail by placing the same in an envelope, postage prepaid, and depositing said envelope in the United States Mail addressed to:

>Steven F. Fishman
>615 Griswold
>Suite 1125
>Detroit, MI 48226

>>S/Michael El-Zein
>>Michael El-Zein (P79182)
>>Assistant U.S. Attorney
>>211 W. Fort Street, Ste. 2001
>>Detroit, Michigan  48226
>>(313) 226- 9770
>>Michael.El-Zein@usdoj.gov